IN RE BELK

No. 376P92

Case below: 107 N.C.App. 448

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 December 1992. Petition by intervenor-petitioner for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

IN RE BELL

No. 391A92

Case below: 107 N.C.App. 566

Motion by Joyce Tucker to withdraw appeal allowed 17 December 1992.

KRON MEDICAL CORP. v. COLLIER COBB & ASSOCIATES

No. 360P92

Case below: 107 N.C.App. 331

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992. Motion by NACSA in support of petition for discretionary review denied 17 December 1992. Motion by CAPIA in support of petition for discretionary review denied 17 December 1992. Motion by plaintiffs for extension of time to file response to petition for discretionary review denied 17 December 1992.